IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RONNIE RAY LONG, JR.                                                                                    PLAINTIFF

v.                                         No. 4:11CV00076 JLH

WILSON & ASSOCIATES, P.L.L.C.;
and WELLS FARGO HOME MORTGAGE                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Order of Dismissal entered separately today, this action is dismissed for lack of subject matter jurisdiction.

IT IS SO ORDERED this 2nd day of February, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE